FILED
SEP -1 P 12:51

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF     CV 09 80 226 MISC
                                    VRW

Alexandra Shaw Kelly - #228141

_____/

**ORDER TO SHOW CAUSE**

It appearing that Alexandra Shaw Kelly has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:


VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Alexandra Shaw Kelly
Kirkland & Ellis LLP
153 East 53rd Street, 43 Floor
New York, NY 10022